U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 1 3 2017

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

LAWRENCE K. BAERMAN, CLERK
ALBANY

| | | |
|---|---|---|
| _Agnes georges_   **Plaintiff(s)** | ) | Civil Case No.: **1:17-cv-1247** |
| | ) | |
| **vs.** | ) | **BIVENS**    **(TJM/DJS)** |
| | ) | **ACTION** |
| _Cuomo, M, Andrew_ **Defendant(s)** | ) | |

| |
|---|
| Plaintiff(s) demand(s) a trial by: ☐ JURY    ☒ COURT    (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a.    Plaintiff: _Agnes georges_

       Address: _5 lowell pl, Baldwin NY 11510_

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant: _Cuomo, M, Andrew_

       Official Position: _Albany goulernor_

       Address: _13th floor 99 Washington Ave._

       _350 Room_

       _I get arrested on that floor by fedeal Police_

b.    Defendant: _Jeh Johnson_

Official Position: _Homeland security secretary_

Address: _26 federal plaza New York, NY_
_who refuse me to have a Probono_
_in JDS or DJS._

c.    Defendant: _felix phillipe a NY_

Official Position: _a NY state police + federal_

Address: _top network roof every where_
_with cia agent - he scam my_
_entire life for levy Rathner._

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note:  **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

_the worse Hatred police I never see in my life -_
_his record in his country is bad as a treasurer_
_but he sold me + my family to network. Mark_
_R. Warner time warner cable( levy Rathner in_
_order to seal his Haiti bad record - look for it_
_ice will get everything I say on Paper_

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

my social security works with some body else not me - a. warren thomas pentagon cia - cuomo Andrew.m. Mark.R. warner, Jeff johnson all prepare two checks for us jihane + Agnes georges. cause felix + Rathner have our identity (ies)

### SECOND CAUSE OF ACTION

they cash our checks $22.m steal them. I am enable to change my life - what's on earth? I invite my parents, my family in court, leave Rathner us goon refuse to send them paper - they don't want they know about this $22.m. Please help.

### THIRD CAUSE OF ACTION

I am in Albany temporary - they follow me, ask my case worker iamm. to send me to see 165 mental health to check for substance, in order to make a bad record on my name as usual. I never smoke, never drink alcohol, they are on the clinic deviel to recall all my question themselves prepare, guess who, the same felix Phillipe. he is the one who work for this us gov/netw company with lies -

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

*therefore — I wont give up until I get justice, the fact is law enforcement have direct contact with the clerk, the lawyer us attorney to conceal the car me, I want my time to file complaint — how come?*

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11-13-17

Agnes Georges

Agnes Georges
Signature of Plaintiff(s)
(all Plaintiffs must sign)