**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

AGNES GEORGES,

                Plaintiff,

   v.                                                    1:17-cv-1247
                                                            (TJM/DJS)

ANDREW CUOMO, *et al.*,

                Defendants.

**Thomas J. McAvoy, SR. U.S.D.J.**

## DECISION and ORDER

The Court referred action, brought pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971), which alleges that federal officers violated Plaintiff's constitutional rights, to the Hon Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. The Report-Recommendation, dated December 11, 2017, recommends that the Court dismiss the case without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B).

Plaintiff did not file objections to the Report-Recommendation and the time for filing such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept the Report-Recommendation.

1

Accordingly:

Judge Stewart's Report-Recommendation, dkt. # 5, is hereby ACCEPTED. Plaintiff's Complaint, dkt. # 1, is hereby DISMISSED WITHOUT LEAVE TO AMEND pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED**

Dated: January 5, 2018

_____
Thomas J. McAvoy
Senior, U.S. District Judge